IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SARA CARTER, ) | |
| ) | |
| Plaintiff, ) | No. 5:11-cv-465 – H |
| ) | |
| vs. ) | |
| ) | |
| ABSOLUTE COLLECTION SERVICE, ) | **ENTRY OF DEFAULT** |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff, having filed an Application of Default against Defendants, ABSOLUTE COLLECTION SERVICE, INC. and PATIENT FINANCIAL SERVICES, INC., as well as supporting affidavit/declaration, and it appearing that Defendants were properly served, as appears from the executed Summons and certified mail return of services;

And it appearing that the time within which Defendants were given to answer or otherwise respond to the Complaint has now expired;

An Entry of Default is hereby entered against Defendants ABSOLUTE COLLECTION SERVICE, INC. and PATIENT FINANCIAL SERVICES, INC.

Dated: November 9, 2011

Clerk, United States District Court
Eastern District of North Carolina