UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SARA CARTER, )
    Plaintiff, )
     )   **JUDGMENT**
v. )
     )   No. 5:11-CV-465-H
ABSOLUTE COLLECTION SERVICE, )
INC. and PATIENT FINANCIAL )
SERVICES, INC., )
    Defendants. )

**Decision by Court.**
This case came before Senior Judge Malcolm J. Howard for consideration of the plaintiff's motion for default judgment and motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED that the court GRANTS plaintiff's motion for default judgment and plaintiff's motion for attorney fees and expenses. Judgment shall be entered in favor of plaintiff and against the defendant Absolute Collection Service Inc. in the amount of $8,516.25 and said sum representing $7,500.00 in statutory damages and $1,016.25 in attorney fees and costs incurred in this action. Judgment shall be entered in favor of plaintiff and against defendant Patient Financial Services, Inc., in the amount of $13,516.25 said sum representing $12,500.00 in statutory damages and 1,016.25 in attorney fees and costs incurred in this action.**

This Judgment Filed and Entered on   September 6, 2012, with service on:
Mitchel E. Luxenburg (via CM/ECF Notice of Electronic Filing)
Absolute Collection Service, Inc. (Last known address, via US Mail, 421 Fayetteville
                Street Mall, Suite 600, Raleigh, NC 27601)
Patient Financial Service, Inc. (Last known address, via US Mail, 421 Fayetteville
                Street Mall, Suite 500, Raleigh, NC 27601)

                        JULIE A. RICHARDS, CLERK

                        /s/ *Donna Rudd*
                        (By): Donna Rudd, Deputy Clerk