# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| SARA CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  5:11-cv-465 |
| vs. ) | |
| ) | |
| ABSOLUTE COLLECTION SERVICE, ) | |
| INC. ) | |
| ) | |
| and ) | |
| ) | |
| PATIENT FINANCIAL SERVICES, ) | **SATISFACTION OF JUDGMENT** |
| INC., ) | |
| ) | |
| Defendants. ) | |

Now comes the Plaintiff, SARA CARTER, by and through her attorneys, and hereby advises the Court that the judgment entered on September 6, 2012, docket number 5:11-cv-465, has been satisfied.

Respectfully submitted,

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (42021)
Luxenburg & Levin, LLC
Attorney for Plaintiff
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SARA CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:11-cv-465 |
| vs. | ) | |
| | ) | |
| ABSOLUTE COLLECTION SERVICE, INC. | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| PATIENT FINANCIAL SERVICES, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. And I hereby certify that I have mailed the document to the following non CM/ECF participants:

    Absolute Collection Services, Inc.
    421 Fayetteville Street Mall
    Suite 600
    Raleigh, NC 27601

    Patient Financial Service, Inc.
    421 Fayetteville Street Mall
    Suite 500
    Raleigh, NC 27601

Respectfully submitted,


/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg
Luxenburg & Levin, LLC
Attorney for Plaintiff
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com
State Bar No. 42021